UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**IN RE: FIRE APPARATUS ANTITRUST LITIGATION** **Case No. 26-MD-3179**

---

***This Document Relates To:***
**Non-Class Action Track Cases:**
26-C-632, 26-C-633, 26-C-634, 26-C-635, 26-C-684, 26-C-727, 26-C-728, 26-C-729, 26-C-731, 26-C-732, 26-C-737, 26-C-810, 26-C-811, 26-C-819, 26-C-891, 26-C-972, 26-C-974, 26-C-1030, 26-C-1031, and 26-C-1098

---

# ORDER

---

Upon consideration of the Stipulation Re: REV Group With Respect to Non-Class Action Plaintiffs' Complaints (the "Stipulation"), filed by NCAPs People of the State of California, acting by and through the Los Angeles County Counsel, County of Los Angeles, and Consolidated Fire Protection District of Los Angeles County; People of the State of California, acting by and through the Office of County Counsel, County of San Diego, County of San Diego, and San Diego County Fire Protection District; People of the State of California, acting by and through the San Diego City Attorney's Office, and City of San Diego; Ebbetts Pass Fire Protection District; City of Santa Barbara; County of Butte; County of Shasta; City of Oakland; City of Santa Clara; Unified Fire Authority; City of Hartford; City of Portland, Oregon; City of Allentown; City of Portsmouth; City of Green Bay; City of Yonkers; City of Tucson; City of Albuquerque; City of Emeryville; and City of Tempe ("Stipulating NCAPs") and Defendants, and the Court being fully advised, **IT IS HEREBY ORDERED** as follows:

1. The Stipulation is **APPROVED** in its entirety and shall be effective as of the date of this Order.

2. For all purposes, the naming in every Stipulating NCAP's complaint and in NCAPs' Consolidated Amended Complaint ("NCAP CAC") (Dkt. No. 53) of Defendant "REV Group, Inc." constitutes the naming of REV Group, LLC as a defendant in those actions.

3. Each Stipulating NCAP's service of its complaint and notice of lawsuit and request to waive service of summons on REV Group, Inc.'s counsel shall constitute service of such papers on counsel for REV Group, LLC. Each such waiver of service signed and returned to Lead NCAP Counsel by counsel for REV Group, Inc. on behalf of REV Group, Inc. shall constitute a waiver of service of the applicable NCAP complaint by REV Group, LLC.

4. The party and named defendant "REV Group, Inc." in the caption of each Stipulating NCAP's complaint and the NCAP CAC filed by Lead NCAP Counsel shall be deemed the party and named defendant REV Group, LLC. All references to "REV Group, Inc." as a defendant in each Stipulating NCAP's complaint and the NCAP CAC filed by Lead NCAP Counsel shall be deemed a reference to REV Group, LLC.

Dated this 5th day of August, 2026.

William C. Griesbach
William C. Griesbach
United States District Judge